STATE OF LOUISIANA

40TH JUDICIAL DISTRICT COURT

PARISH OF ST. JOHN THE BAPTIST

C.D. # 76207 DIVISION "A"

***DANA DOUGLAS***

VERSUS

***ST. JOHN THE BAPTIST PARISH LIBRARY BOARD OF CONTROL, ET AL***

# CERTIFICATE OF THE CLERK

I, Dawn Adams, Deputy Clerk of Court in and for the Parish of St. John the Baptist, State of Louisiana, do hereby certify that the fore goings are a complete filing which occurred in the above entitled and numbered matter.

DEPUTY CLERK OF COURT

EXHIBIT
A

**40TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN THE BAPTIST**

**STATE OF LOUISIANA**

**NO.** 76207 **DIVISION "** DIV A

Filed By Fax

**DANA DOUGLAS**

**VERSUS**

**ST. JOHN THE BAPTIST PARISH LIBRARY BOARD OF CONTROL *et al.***

**FILED:**______________________ ______________________

**DEPUTY CLERK**

**Eliana DeFrancesch - Clerk of Court**
Filed: Dec 07, 2020 8:30 AM



134170018

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Dana Douglas, Plaintiff herein, who respectfully represents the following:

1.

Plaintiff, Dana Douglas (hereinafter "Ms. Douglas" or "Plaintiff"), is an African American female who is beyond the age of majority, has the mental capacity to bring this lawsuit, and is domiciled in the Parish of St. John the Baptist Louisiana.

2.

Made a defendant herein is the St. John the Baptist Parish Library Board of Control, (hereinafter "Board") the governing board of the St. John the Baptist Parish library, which consists of an eight-member board appointed by the St. John the Baptist Parish Council pursuant to La R.S. 25:211 *et seq.* and located in St. John the Baptist Parish, State of Louisiana.

3.

Made defendant herein is the St. John the Baptist Parish Council, (hereinafter "Parish Council") a public entity organized and existing under the laws of the State of Louisiana and has its principal place of business in the State of Louisiana and within the jurisdiction of the Court.

4.

Made a defendant herein is Ms. Coy in her official capacity as a member of the Board of St. John the Baptist Parish Library Board of Control.

**FACTUAL BACKGROUND**

5.

At all times herein, Ms. Douglas was under the direct supervision of Ms. Coy and the St. John the Baptist Parish Library Board of Control.

6.

On or about July 2018, Ms. Douglas' workplace became toxic. Ms. Douglas was subjected to a hostile and discriminatory workplace environment.

7.

Routinely throughout Ms. Douglas' employment, Ms. Coy, because of Ms. Douglas' race and other protected characteristics, would confront Ms. Douglas and subject her to a barrage of verbal attacks.

8.

Even at public meetings, Ms. Coy would openly defame Ms. Douglas.

9.

Ms. Douglas voiced her concerns about her mistreatment.

10.

Ms. Coy became enraged and subjected Ms. Douglas to even more discriminatory mistreatment which resulted in Ms. Douglas' suspension.

11.

Eventually, on or about, April 2019, Ms. Douglas was terminated.

12.

Ms. Douglas was wrongfully terminated by her employer on the basis of her race and/or as a result of her routinely reporting her mistreatment in the workplace.

13.

Subsequently, Ms. Douglas filed a Charge of Discrimination with the Equal Employment Opportunity Commission (hereinafter "EEOC") complaining of race-based discrimination and retaliation as a result of the hostile work environment she was exposed to. Ms. Douglas received a notice of her "Right to Sue" on or about September 7, 2020.

14.

At all material times herein, Defendants are liable for the conduct carried out by their managers, employees and/or agents, under the doctrine of Respondeat Superior, as all of the conduct alleged herein occurred in the course and scope of such managers', employees' and/or agents' respective work duties.

15.

Upon information and belief, all of the actions complained of herein were made with malice and/or reckless indifference to Ms. Douglas's protected rights.

16.

Defendants, in violation of the Louisiana Employment Discrimination Law ("LEDL"), La. R.S. 23:301, *et seq.*, and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*, have engaged in unlawful employment practices consisting of, but not limited to, the intentional discriminatory terms and conditions of employment resulting in Ms. Douglas being disciplined and subjected to disparate treatment because of her race, thus entitling Plaintiff to money damages.

17.

Defendants' mistreatment of Ms. Douglas constitutes unlawful retaliation pursuant to 42 U.S.C. § 2000e-3(a), thus entitling Plaintiff to money damages.

18.

As a result of the unlawful actions described above, Defendants are liable for damages, including back pay and front pay; lost benefits; mental anguish; humiliation and embarrassment; loss of reputation; loss of enjoyment of life; foreseeable and unforeseeable damages, compensatory damages; punitive damages; prejudgment interest; attorney's fees and all costs of these proceedings.

19.

Plaintiff demands trial by jury on all issues so triable herein.

WHEREFORE, Plaintiff, Dana Douglas, prays that Defendants, be duly cited and required to appear and answer Plaintiff's Petition for Damages and Jury Demand and, after due proceedings had and legal delays, there be judgment rendered herein in favor of Plaintiff and against Defendants as detailed in the foregoing Petition for Damages and Jury Demand, in an amount reasonable in the premises, together with legal interest from the date of judicial demand, all costs of these proceedings, attorneys' fees and for any and all general and equitable relief deemed appropriate by this Honorable Court under the circumstances.

Respectfully submitted,

G. Karl Bernard (#24294)
KARL BERNARD LAW, LLC
1615 Poydras Street, Suite 101
New Orleans, Louisiana 70112
Telephone: (504) 412-9953
Facsimile: (504) 412-8088
karlbernardlaw@bellsouth.net

Attorney for Plaintiff, Dana Douglas

**HOLD SERVICE:**

Dana Douglas * 40th JUDICIAL DISTRICT COURT

VERSUS * DOCKET NUMBER:__________ Div.___

St. John the Baptist Parish Braud & Gonzales * St. John the Baptist PARISH, LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Eliana DeFrancesch - Clerk of Court
Filed: Dec 07, 2020 8:30 AM
134170000

## In Forma Pauperis Affidavit

Filed By Fax DIV A

All questions must be answered in full.

Note: Questions 2 and 3 should not be filled in if you are seeking protection from abuse.

1. **Your Full Name:** Dana Elois Douglas

   Social Security Number (Optional):__________ Date of Birth: 03 January 1970

   Age: 50 Sex: Female

2. **Address:** 57 Tuscany Drive (Box Number or Street Address) (See Note above) LaPlace, Louisiana (City and State) 70068 (Zip Code)

3. **Telephone Number(s):** (HOME) (504) 228-0707 (See Note above) (WORK) (504) 228-0707

4. **Are you a Student?** [ ] YES [x] NO If yes, please indicate the name of the school you are attending:__________ Enrollment Status: __________

5. **Current Household:**
   Single: [ ] Married: [x] Separated: [ ] Divorced: [ ] Widowed: [ ] Intimate partner: [ ]
   How many children do you support who are under 18? None
   How many children live with you? 0 Do you have any other dependents? 0
   State the Name, Age and Relationship to you of the children and dependents:

| NAME | AGE | RELATIONSHIP |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

6. **What is your current Occupation?** Human Resources Manager **Are you employed?** [x] YES [ ] NO
   (If yes, please complete the following **Employer Information**)
   Name of Employer: Southern University at New Orleans
   Address: 6400 Press Drive (Street Address) New Orleans, Louisiana (City and State) 70126 (Zip Code)
   Telephone Number: (504) 286-5118 How long have you been employed? 8 months

   (If you are not employed, please provide information of your **last employer**)
   Name of last employer: __________
   Address: __________ (Street Address) (City and State) (Zip Code)
   How long have you been unemployed? __________
   What were your monthly wages? __________

7. **Gross Income:** (a) State your gross earned income from wages and how you are paid:
   Weekly? [ ] Bi-Weekly? [ ] Monthly? [x] Amount/month $ 2560.00

   (b) Apart from income or support listed in response to question 8(b) below, how much other income do you receive on a monthly basis? $ 0.00

   (c) Monthly Deductions: Federal Income Tax: $ 153.61 FICA: $ 158.72 $ 312.33

   (d) Other deductions: (explain) __________

   **TOTAL NET MONTHLY INCOME: (Add question 7 (a) + (b) less (c))** $ 2247.67

8(a). If you are married and live with a spouse, please answer:
Is your spouse employed? yes What is the occupation of your spouse? Truck Driver Trainer
Is your spouse paid Weekly? [X] Bi-Weekly? [ ] Monthly? [ ] Amount/month $ 1000.00
Name of spouse's employer: UPS Freight
Address: 4201 Industrial Parkway, New Orleans, LA 70129
(Street Address) (City and State) (Zip Code)
Telephone Number: ________ How long has spouse been employed? 13

**8(b). Do you or your spouse receive any of the following income or support?** [ ] YES [x] NO
**If yes, state the monthly amount.** SSI: $ 0.00 Disability: $ 0.00
Worker's Comp: $ 0.00 Unemployment Benefits: $ 0.00
Food Stamps: $ 0.00 TANF: $ 0.00 Child Support: $ 0.00
Spousal Support: $ 0.00 Kinship Care Subsidy Grant: $ 0.00 Other: $ 0.00

**If you are a client of a legal services program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from a legal services program and have a combined income from questions 7 and 8 that is less than or equal to 125% of the federal poverty level, skip all parts of question 9, and continue with question 10 on the next page.**

**9. Do you own or have an interest in any of the following? (Including community property)**

| A. | VALUE OF INTEREST | BALANCE OWED |
|---|---|---|
| HOUSE | $ | $123,000.00 |
| AUTOMOBILE | $ | $32,343.80 |
| TRUCK | $ | $43000.00 |
| WATERCRAFT | $ | $0.00 |
| LIVESTOCK | $ | $0.00 |
| MACHINERY | $ | $ 0.00 |
| STOCK | $ | |
| BONDS | $ | |
| CERTIFICATES OF DEPOSIT | $ | |
| OTHER IMMOVABLE PROPERTY | Equity $ | Debt $ |

DO YOU HAVE A BANK ACCOUNT(S)? [x] YES [ ] NO Amount in account(s): $ 1.54
[x] CHECKING [ ] SAVINGS Name and Location of Bank: Navy Federal
**TOTAL VALUE OF ASSETS: $** ________

**B. i. List your Monthly Expenses:**

| | | |
|---|---|---|
| Rent: $ | Cable: $200.00 | Car Note: $2200.00 |
| Lot Rent: $ | Garbage: $ | Car Insurance: $500.00 |
| House Note: $1400.00/200.00 | Medical Insurance: $ | Transportation: $ |
| House Insurance: $ | Medical Expenses: $ | Food: $500.00 |
| Gas: $ | Dental Expenses: $ | Barber/ Beauty: $ |
| Electricity: $200.00 | Prescriptions: $55.00 | Entertainment: $ |
| Water: $100.00 | Life Insurance: $ | Grooming Supplies: $ 70.00 |
| Telephone: $200.00 | Daycare: $ | Garnishment: $ |
| Property Taxes: $ | Child Support: $ | Other: $ |

**Total Amount of section i:** $ 5625.00

**ii. Credit cards:** (List type of card and monthly payment)

| Card Name | Monthly Payment |
|---|---|
| Home Depot | $50.00 |
| | $ |
| | $ |
| | $ |

**Total Amount of section ii:** $ 50.00

**iii. Financial Loans:** (List the financial institution and your monthly payment)

| Financial Name | Monthly Payment |
|---|---|
| First Hertiage | $250.00 |
| | $50.00 |
| | |
| | |

**Total Amount of section iii:** $ 300.00

**TOTAL MONTHLY EXPENSES: (Add 9B (i+ii+iii) =Total Monthly Expenses) $** 5975.00

**10. Does anyone regularly help you pay your expenses?** ☐ YES ☒ NO

(a) If yes, state that person's name and relationship to you.
Name: ______________________ Relationship: ______________

(b). Do you have any additional income or assets that are not shown above? ☐ YES ☒ NO

**If you answered yes to either (a) or (b), please explain:**

______________________________________________

______________________________________________

______________________________________________

**11. If you have an attorney, what arrangements have you made to pay your attorney's fee? What amount, if any, have you paid?** (You are required to answer fully.)

$2000.00

______________________________________________

**12. Has your attorney or the Notary Public told you that you may go to jail if you intentionally give a false answer to any of the above questions?** ☐ YES ☐ NO

## MOVER'S AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF** Orleans

**BEFORE ME** the undersigned authority personally came and appeared:

Dana E. Douglas

who, after being duly sworn, deposed and said:

1. He/She provided the information above; that the information is furnished to the court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue or furnishing security therefor.
2. That the above information is a true and correct statement of his/her financial condition.
3. That the pleading and all allegations of fact therein are true and correct; and that because of his/her poverty and want of means, he/she is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide security therefor.
4. He/She has read and understands the privilege contained in the notice below.

## NOTICE

Although you may be granted the privilege of proceeding without prepayment of costs, **SHOULD JUDGMENT BE RENDERED AGAINST YOU, YOUR STATUS AS A PAUPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS.**

The privilege to proceed ***IN FORMA PAUPERIS*** is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them or to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding ***in forma pauperis*** if he/she is entitled to do so.

[signature]
Mover's Signature

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in New Orleans, Louisiana, this 4th day of December, 2020.

DONALD DORENKAMP
Notary Public
Notary ID No.146479
Orleans Parish, Louisiana

[signature]
**NOTARY PUBLIC**

## THIRD PARTY AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF** Orleans

**BEFORE ME**, personally came and appeared: Jessica Franklin, who, after being sworn, deposed and said that he/she knows Dana Douglas, well and that he/she knows that because of his/her poverty and want of means, he/she is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide bond therefor.

[signature]
Signature of Witness

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in New Orleans, Louisiana, this 4th day of December, 2020.

DONALD DORENKAMP II
Notary Public
Notary ID No.146479
Orleans Parish, Louisiana

[signature]
**NOTARY PUBLIC**

## LEGAL SERVICE PROGRAMS' DECLARATION

**I ATTEST** that I am a duly authorized representative of a Legal Services Program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from one of these Legal Service Programs, and that ______________________ has produced evidence that he/she receives public assistance benefits, or that he/she has qualified to receive free legal services based on his/her income being less than or equal to 125% of the federal poverty level and therefore is entitled to a rebuttable presumption that he/she is entitled to the privilege of litigating without prior payment of costs.

Eliana DeFrancesch - Clerk of Court
Filed: Dec 07, 2020 8:30 AM
134169994

______________________
Legal Services Program or Pro Bono Project Representative

## ORDER

**Considering the foregoing Pleading and Affidavits:**
let ______________________ prosecute or defend this litigation in accordance with Louisiana Code of Civil Procedure, Article 5181, et. seq., without paying the costs in advance or as they accrue or furnishing security therefor.

**THUS, READ AND SIGNED,** this_____day of______________, 200___, in ______________, Louisiana.

______________________
**DISTRICT JUDGE**

*The Law Office Of*
**KARL BERNARD LAW, LLC**
ATTORNEYS AT LAW // EST. JULY, 1998

# Fax Transmittal

Date: December 4, 2020

No. of Pages: (Including Cover): 10

To: Ms. Eliana DeFrancesch

Company Fax: (985) 497-3972

CONFIDENTIALITY NOTICE:

This Facsimile transmission (and the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. It is intended only for use by the person(s)) to whom it is addressed. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution of or taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the documents.

From: Karl Bernard Law, LLC

Re: Petition for Damages; In Forma Pauperis
*Dana Douglas v. St. John the Baptist Parish Library Board, et al.*
40th JDC, Parish of St. John the Baptist, State of Louisiana

Comments: See attached

Filed By Fax

*1615 Poydras Street ◦ Suite 101 ◦ New Orleans, LA 70112 ◦ 504-412-9953 ◦ Fax 504-412-8088*

*The Law Office Of*
**KARL BERNARD LAW, LLC**
ATTORNEYS AT LAW/EST. JULY, 1998

*NEW ORLEANS OFFICE:*
1615 Poydras Street, Suite 101
New Orleans, Louisiana 70112

Office: (504) 412-9953
Facsimile: (504) 412-8088
karlb@karlblaw.com
www.karlbernardlaw.com

December 4, 2020

Filed By Fax

**VIA FACSIMILE – (985) 497-3331**
**AND UNITED STATES MAIL:**

Ms. Eliana DeFrancesch
Clerk of Court
40th Judicial District Court, Parish of St. John the Baptist
P.O. Box 2800
Edgard, Louisiana 70049

**Eliana DeFrancesch - Clerk of Court**
Filed: Dec 07, 2020 8:30 AM
134170026

RE: Petition for Damages; In Forma Pauperis
*Dana Douglas v. St. John the Baptist Parish Library Board, et al.*
40th JDC, Parish of St. John the Baptist, State of Louisiana

Dear Ms. DeFrancesch:

Please find the enclosed Petition for Damages and In Forma Pauperis Affidavit in the above referenced matter. At your earliest convenience, please confirm receipt of same and the filing and service fee amounts due.

Upon receipt of the facsimile confirmation from your office, the original and a copy of the petition will be forwarded via United States Mail, along with a check to cover your filing fee, and a self-addressed stamped envelope to return a confirmed copy of the petition to our office.

Should you have any questions, please do not hesitate to contact our office. Your cooperation is appreciated.

With kindest regards,

Jessica Franklin
*Legal Receptionist*

JMF/jmf
Enclosures (2)

40TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN THE BAPTIST

STATE OF LOUISIANA

NO. 76207 DIVISION "A"

DIV A

DANA DOUGLAS

PREVIOUSLY FAXED ON 7 DAY OF 12, 20 20 A. Thomas DEPUTY CLERK OF COURT

VERSUS

ST. JOHN THE BAPTIST PARISH LIBRARY BOARD OF CONTROL et al.

Eliana DeFrancesch - Clerk of Court
Filed: Dec 10, 2020 2:39 PM
134174903

FILED: ______________________ ______________________
DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Dana Douglas, Plaintiff herein, who respectfully represents the following:

1.

Plaintiff, Dana Douglas (hereinafter "Ms. Douglas" or "Plaintiff"), is an African American female who is beyond the age of majority, has the mental capacity to bring this lawsuit, and is domiciled in the Parish of St. John the Baptist Louisiana.

2.

Made a defendant herein is the St. John the Baptist Parish Library Board of Control, (hereinafter "Board") the governing board of the St. John the Baptist Parish library, which consists of an eight-member board appointed by the St. John the Baptist Parish Council pursuant to La R.S. 25:211 *et seq.* and located in St. John the Baptist Parish, State of Louisiana.

3.

Made defendant herein is the St. John the Baptist Parish Council, (hereinafter "Parish Council") a public entity organized and existing under the laws of the State of Louisiana and has its principal place of business in the State of Louisiana and within the jurisdiction of the Court.

4.

Made a defendant herein is Ms. Coy in her official capacity as a member of the Board of St. John the Baptist Parish Library Board of Control.

## FACTUAL BACKGROUND

5.

At all times herein, Ms. Douglas was under the direct supervision of Ms. Coy and the St. John the Baptist Parish Library Board of Control.

6.

On or about July 2018, Ms. Douglas' workplace became toxic. Ms. Douglas was subjected to a hostile and discriminatory workplace environment.

7.

Routinely throughout Ms. Douglas' employment, Ms. Coy, because of Ms. Douglas' race and other protected characteristics, would confront Ms. Douglas and subject her to a barrage of verbal attacks.

8.

Even at public meetings, Ms. Coy would openly defame Ms. Douglas.

9.

Ms. Douglas voiced her concerns about her mistreatment.

10.

Ms. Coy became enraged and subjected Ms. Douglas to even more discriminatory mistreatment which resulted in Ms. Douglas' suspension.

11.

Eventually, on or about, April 2019, Ms. Douglas was terminated.

12.

Ms. Douglas was wrongfully terminated by her employer on the basis of her race and/or as a result of her routinely reporting her mistreatment in the workplace.

13.

Subsequently, Ms. Douglas filed a Charge of Discrimination with the Equal Employment Opportunity Commission (hereinafter "EEOC") complaining of race-based discrimination and retaliation as a result of the hostile work environment she was exposed to. Ms. Douglas received a notice of her "Right to Sue" on or about September 7, 2020.

14.

At all material times herein, Defendants are liable for the conduct carried out by their managers, employees and/or agents, under the doctrine of Respondeat Superior, as all of the conduct alleged herein occurred in the course and scope of such managers', employees' and/or agents' respective work duties.

15.

Upon information and belief, all of the actions complained of herein were made with malice and/or reckless indifference to Ms. Douglas's protected rights.

16.

Defendants, in violation of the Louisiana Employment Discrimination Law ("LEDL"), La. R.S. 23:301, *et seq.*, and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*, have engaged in unlawful employment practices consisting of, but not limited to, the intentional discriminatory terms and conditions of employment resulting in Ms. Douglas being disciplined and subjected to disparate treatment because of her race, thus entitling Plaintiff to money damages.

17.

Defendants' mistreatment of Ms. Douglas constitutes unlawful retaliation pursuant to 42 U.S.C. § 2000e-3(a), thus entitling Plaintiff to money damages.

18.

As a result of the unlawful actions described above, Defendants are liable for damages, including back pay and front pay; lost benefits; mental anguish; humiliation and embarrassment; loss of reputation; loss of enjoyment of life; foreseeable and unforeseeable damages, compensatory damages; punitive damages; prejudgment interest; attorney's fees and all costs of these proceedings.

19.

Plaintiff demands trial by jury on all issues so triable herein.

WHEREFORE, Plaintiff, Dana Douglas, prays that Defendants, be duly cited and required to appear and answer Plaintiff's Petition for Damages and Jury Demand and, after due proceedings had and legal delays, there be judgment rendered herein in favor of Plaintiff and against Defendants as detailed in the foregoing Petition for Damages and Jury Demand, in an amount reasonable in the premises, together with legal interest from the date of judicial demand, all costs of these proceedings, attorneys' fees and for any and all general and equitable relief deemed appropriate by this Honorable Court under the circumstances.

Respectfully submitted,

G. Karl Bernard (#24294)
KARL BERNARD LAW, LLC
1615 Poydras Street, Suite 101
New Orleans, Louisiana 70112
Telephone: (504) 412-9953
Facsimile: (504) 412-8088
karlbernardlaw@bellsouth.net

Attorney for Plaintiff, Dana Douglas

**HOLD SERVICE:**

Dana Douglas * 40th JUDICIAL DISTRICT COURT

VERSUS * DOCKET NUMBER: 76207 Div. A

St. John the Baptist Parish Board of Control * St. John the Baptist PARISH, LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Eliana DeFrancesch - Clerk of Court
Filed: Dec 10, 2020 2:39 PM
134174945

# In Forma Pauperis Affidavit

**All questions must be answered in full.**

**Note: Questions 2 and 3 should not be filled in if you are seeking protection from abuse.**

1. **Your Full Name:** Dana Elois Douglas

   Social Security Number (Optional): ______ Date of Birth: 03 January 1970

   Age: 50 Sex: Female

2. **Address:** 57 Tuscany Drive (Box Number or Street Address) (See Note above) LaPlace, Louisiana (City and State) 70068 (Zip Code)

3. **Telephone Number(s):** (HOME) (504) 228-0707 (See Note above) (WORK) (504) 228-0707

4. **Are you a Student?** [ ] YES [x] NO If yes, please indicate the name of the school you are attending: ______ Enrollment Status: ______

5. **Current Household:**
   Single: [ ] Married: [x] Separated: [ ] Divorced: [ ] Widowed: [ ] Intimate partner: [ ]
   How many children do you support who are under 18? None
   How many children live with you? 0 Do you have any other dependents? 0
   State the Name, Age and Relationship to you of the children and dependents:

| NAME | AGE | RELATIONSHIP |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

6. **What is your current Occupation?** Human Resources Manager **Are you employed?** [x] YES [ ] NO
   (If yes, please complete the following **Employer Information**)
   Name of Employer: Southern University at New Orleans
   Address: 6400 Press Drive (Street Address) New Orleans, Louisiana (City and State) 70126 (Zip Code)
   Telephone Number: (504) 286-5118 How long have you been employed? 8 months

   (If you are not employed, please provide information of your **last employer**)
   Name of last employer: ______
   Address: ______ (Street Address) (City and State) (Zip Code)
   How long have you been unemployed? ______
   What were your monthly wages? ______

7. **Gross Income:** (a) State your gross earned income from wages and how you are paid:
   Weekly? [ ] Bi-Weekly? [ ] Monthly? [x] Amount/month $ 2560.00

   (b) Apart from income or support listed in response to question 8(b) below, how much other income do you receive on a monthly basis? $ 0.00

   (c) Monthly Deductions: Federal Income Tax: $ 153.61 FICA: $ 158.72 $ 312.33

   (d) Other deductions: (explain) ______

   **TOTAL NET MONTHLY INCOME: (Add question 7 (a) + (b) less (c))** $ 2247.67

Revised October 2003

8(a). If you are married and live with a spouse, please answer:
Is your spouse employed? yes What is the occupation of your spouse? Truck Driver Trainer
Is your spouse paid Weekly? [X] Bi-Weekly? [ ] Monthly? [ ] Amount/month $ 1000.00
Name of spouse's employer: UPS Freight
Address: 4201 Industrial Parkway, New Orleans, LA 70129
(Street Address) (City and State) (Zip Code)
Telephone Number: ______ How long has spouse been employed? 13

**8(b). Do you or your spouse receive any of the following income or support?** [ ] YES [X] NO
**If yes, state the monthly amount.** SSI: $ 0.00 Disability: $ 0.00
Worker's Comp: $ 0.00 Unemployment Benefits: $ 0.00
Food Stamps: $ 0.00 TANF: $ 0.00 Child Support: $ 0.00
Spousal Support: $ 0.00 Kinship Care Subsidy Grant: $ 0.00 Other: $ 0.00

**If you are a client of a legal services program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from a legal services program and have a combined income from questions 7 and 8 that is less than or equal to 125% of the federal poverty level, skip all parts of question 9, and continue with question 10 on the next page.**

**9. Do you own or have an interest in any of the following? (Including community property)**

**A.**

| | VALUE OF INTEREST | BALANCE OWED |
|---|---|---|
| HOUSE | $ | $ 123,000.00 |
| AUTOMOBILE | $ | $ 32,343.80 |
| TRUCK | $ | $ 43000.00 |
| WATERCRAFT | $ | $ 0.00 |
| LIVESTOCK | $ | $ 0.00 |
| MACHINERY | $ | $ 0.00 |
| STOCK | $ | |
| BONDS | $ | |
| CERTIFICATES OF DEPOSIT | $ | |
| OTHER IMMOVABLE PROPERTY | Equity $ | Debt $ |

DO YOU HAVE A BANK ACCOUNT(S)? [X] YES [ ] NO Amount in account(s): $ 1.54
[X] CHECKING [ ] SAVINGS Name and Location of Bank: Navy Federal
**TOTAL VALUE OF ASSETS: $** ______

**B. i. List your Monthly Expenses:**

| | | |
|---|---|---|
| Rent: $ | Cable: $ 200.00 | Car Note: $ 2200.00 |
| Lot Rent: $ | Garbage: $ | Car Insurance: $ 500.00 |
| House Note: $ 1400.00/200.00 | Medical Insurance: $ | Transportation: $ |
| House Insurance: $ | Medical Expenses: $ | Food: $ 500.00 |
| Gas: $ | Dental Expenses: $ | Barber/ Beauty: $ |
| Electricity: $ 200.00 | Prescriptions: $ 55.00 | Entertainment: $ |
| Water: $ 100.00 | Life Insurance: $ | Grooming Supplies: $ 70.00 |
| Telephone: $ 200.00 | Daycare: $ | Garnishment: $ |
| Property Taxes: $ | Child Support: $ | Other: $ |

**Total Amount of section i:** $ 5625.00

**ii. Credit cards:** (List type of card and monthly payment)

| Card Name | Monthly Payment |
|---|---|
| Home Depot | $ 50.00 |
| | $ |
| | $ |
| | $ |

**Total Amount of section ii:** $ 50.00

**iii. Financial Loans:** (List the financial institution and your monthly payment)

| Financial Name | Monthly Payment |
|---|---|
| First Hertiage | $250.00 |
| | $50.00 |
| | |
| | |

**Total Amount of section iii:** $ 300.00

**TOTAL MONTHLY EXPENSES: (Add 9B (i+ii+iii) =Total Monthly Expenses) $** 5975.00

10. **Does anyone regularly help you pay your expenses?** [ ] YES [x] NO
(a) If yes, state that person's name and relationship to you.
Name: ______________________ Relationship: ______________
(b). Do you have any additional income or assets that are not shown above? [ ] YES [X] NO
**If you answered yes to either (a) or (b), please explain:**

11. **If you have an attorney, what arrangements have you made to pay your attorney's fee? What amount, if any, have you paid?** (You are required to answer fully.)
$2000.00

12. **Has your attorney or the Notary Public told you that you may go to jail if you intentionally give a false answer to any of the above questions?** [ ] YES [ ] NO

## MOVER'S AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF** Orleans

**BEFORE ME** the undersigned authority personally came and appeared:

Dana E. Douglas

who, after being duly sworn, deposed and said:

1. He/She provided the information above; that the information is furnished to the court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue or furnishing security therefor.
2. That the above information is a true and correct statement of his/her financial condition.
3. That the pleading and all allegations of fact therein are true and correct; and that because of his/her poverty and want of means, he/she is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide security therefor.
4. He/She has read and understands the privilege contained in the notice below.

## NOTICE

Although you may be granted the privilege of proceeding without prepayment of costs, **SHOULD JUDGMENT BE RENDERED AGAINST YOU, YOUR STATUS AS A PAPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS**.

The privilege to proceed ***IN FORMA PAUPERIS*** is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them or to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding ***in forma pauperis*** if he/she is entitled to do so.

[signature]
Mover's Signature

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in New Orleans, Louisiana, this 4th day of December, 2020.

DONALD DORENKAMP
Notary Public
Notary ID No.146479
Orleans Parish, Louisiana

[signature]
**NOTARY PUBLIC**

## THIRD PARTY AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF** Orleans

**BEFORE ME**, personally came and appeared: Jessica Franklin, who, after being sworn, deposed and said that he/she knows Dana Douglas, well and that he/she knows that because of his/her poverty and want of means, he/she is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide bond therefor.

Signature of Witness

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in New Orleans, Louisiana, this 4th day of December, 2020.

DONALD DORENKAMP II
Notary Public
Notary ID No.146479
Orleans Parish, Louisiana

NOTARY PUBLIC

## LEGAL SERVICE PROGRAMS' DECLARATION

**I ATTEST** that I am a duly authorized representative of a Legal Services Program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from one of these Legal Service Programs, and that ______________________ has produced evidence that he/she receives public assistance benefits, or that he/she has qualified to receive free legal services based on his/her income being less than or equal to 125% of the federal poverty level and therefore is entitled to a rebuttable presumption that he/she is entitled to the privilege of litigating without prior payment of costs.

Legal Services Program or Pro Bono Project Representative

Eliana DeFrancesch - Clerk of Court
Filed: Dec 10, 2020 2:39 PM
134174952

## ORDER

**Considering the foregoing Pleading and Affidavits:**

let ______________________ prosecute or defend this litigation in accordance with Louisiana Code of Civil Procedure, Article 5181, et seq., without paying the costs in advance or as they accrue or furnishing ~~security therefor~~. Denied

**THUS, READ AND SIGNED,** this 15th day of December, 2020, in Edgard, Louisiana.

DISTRICT JUDGE

LT
12-15-20
1CC
J. Karl Bernard

Revised October 2003

http://www.lasc.org/rules/dist.ct/COURTRULESAPPENDIX8.0.PDF

*The Law Office Of*
**KARL BERNARD LAW, LLC**
ATTORNEYS AT LAW//EST. JULY, 1998

***NEW ORLEANS OFFICE:***
1615 Poydras Street, Suite 101
New Orleans, Louisiana 70112

Office: (504) 412-9953
Facsimile: (504) 412-8088
KarlB@KarlBLaw.com
www.karlbernardlaw.com

February 18, 2021

**VIA FACSIMILE – (985)-497-3972**
**and UNITED STATES MAIL:**

Eliana DeFrancesch - Clerk of Court
Filed: Feb 26, 2021 2:03 PM
134291707

Ms. Eliana DeFrancesch
Clerk of Court for the Parish of St. John the Baptist
40th Judicial District Court
P.O. Box 119
Rayville, LA 71269

RE: *Dana Douglas v. St. John the Baptist Parish Library Board of Control, et al.*
40th Judicial District Court for the Parish of St. John the Baptist
Case No: 76207 Division "A"
KBL File: 00261

Dear Clerk of Court:

Please serve the Petition for Damages and Citation in the above referenced matter upon the following Registered Agent for the Defendant:

1. Board of Control, St. John the Baptist Parish Library
2920 Hwy 51
LaPlace, LA 71269

2. St. John the Baptist Parish Council
Natalie Robottom
1801 West Airline Drive
LaPlace, LA 70068

PREVIOUSLY FILED BY FAX ON 18th DAY OF Feb. 2021
Lisa Gregoire
DEPUTY CLERK OF COURT

At your earliest convenience, please confirm receipt of same and if a fax filing fee is due. Within the time prescribed by law, the original shall be forwarded to your office via hand delivery or United States mail along with a check to cover any associated fees. Additionally, please find included in this envelope the required Louisiana Civil Case Reporting Form.

Should you have any questions, please do not hesitate to contact our office. Your cooperation is appreciated.

[SIGNATURE TO FOLLOW]

With Kindest Regards,

Sabrina Heavey
*Office Manager*

**Office of Counsel for Plaintiff**

SMH/smh

D55626428
D55626428

# CITATION

DANA DOUGLAS

VS

ST. JOHN THE BAPTIST PARISH LIBRARY BOARD OF CONTROL, ET AL

DOCKET NUMBER: C-76207

40TH JUDICIAL DISTRICT COURT

PARISH OF ST.JOHN THE BAPTIST

STATE OF LOUISIANA

DIVISION A

---

**To: ST. JOHN THE BAPTIST PARISH COUNCIL**
**JACKIE HOTARD – PARISH PRESIDENT**
**1811 WEST AIRLINE HWY.**
**LAPLACE, LA 70068**

ST. JOHN PARISH
REC'D: ______ 20___
SERVED ON: X 3-3, 2021
PERSONAL ( )
DOMICILIARY (X)
BY: SHERIFF

**Parish: ST. JOHN THE BAPTIST**

---

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **ATTY. G. KARL BERNARD** and was issued by the Clerk of Court on the **MARCH 1, 2021.**

* Also attached are the following documents:
**PETITION FOR DAMAGES**

RECEIVED
2021 MAR -2 PM 12:10
MIKE TREGRE
SHERIFF
PARISH OF ST. JOHN

*LISA TREGRE*
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

Eliana DeFrancesch - Clerk of Court
Filed: Mar 08, 2021 3:37 PM
134306125

RECEIVED ON THE _______ DAY OF __________, 20______ AND ON THE ______ DAY OF _____________, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED ___________________.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF ______________________________, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF ______________________ THIS __________ DAY OF ______________, 20____.

SERVICE $ 30.00
MILEAGE $ 5.38
TOTAL $ 35.38

BY: ____________________________
DEPUTY SHERIFF

ORIGINAL – RETURN COPY – SERVICE COPY - CLERK



D55626410
D55626410

# CITATION

DANA DOUGLAS

VS

ST. JOHN THE BAPTIST PARISH LIBRARY BOARD OF CONTROL, ET AL
DOCKET NUMBER: C-76207

40TH JUDICIAL DISTRICT COURT
PARISH OF ST.JOHN THE BAPTIST
STATE OF LOUISIANA

DIVISION A

---

**To: ST. JOHN THE BAPTIST PARISH LIBRARY BOARD OF CONTROL**
**2920 HWY. 51**
**LAPLACE, LA 70068**

3/3/21 11 AM
ST. JOHN PARISH
REC'D: _____, 20__
SERVED: _____, 20__
ON: Amy Riché
PERSONAL
DOMICILIARY ( )
DY. SHERIFF

**Parish: ST. JOHN THE BAPTIST**

---

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **ATTY. G. KARL BERNARD** and was issued by the Clerk of Court on the **MARCH 1, 2021.**

RECEIVED
2021 MAR -1 PM 12: 10
MIKE TREGRE
SHERIFF
PARISH OF ST. JOHN

* Also attached are the following documents:
**PETITION FOR DAMAGES**

*LISA TREGRE*
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

Eliana DeFrancesch - Clerk of Court
Filed: Mar 08, 2021 3:37 PM
134306133

RECEIVED ON THE ______ DAY OF _________, 20_____ AND ON THE _____ DAY OF ____________, 20____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _________________.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF __________________________, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF ____________________ THIS _________ DAY OF ______________, 20____.

SERVICE $ 30.00
MILEAGE $ 5.38
TOTAL $ 35.38

BY: ________________________
DEPUTY SHERIFF

ORIGINAL – RETURN COPY – SERVICE COPY - CLERK



*The Law Office Of*
KARL BERNARD LAW, LLC
ATTORNEYS AT LAW//EST. JULY, 1998

*NEW ORLEANS OFFICE:*
1615 Poydras Street, Suite 101
New Orleans, Louisiana 70112

Office: (504) 412-9953
Facsimile: (504) 412-8088
KarlB@KarlBLaw.com
www.karlbernardlaw.com

March 3, 2021

**VIA FACSIMILE – (985)-497-3972**
**and UNITED STATES MAIL:**




Ms. Eliana DeFrancesch
Clerk of Court for the Parish of St. John the Baptist
40th Judicial District Court
2393 Highway 18
P.O. Box 280
Edgard, La 70049

RE: *Dana Douglas v. St. John the Baptist Parish Library Board of Control, et al.*
40th Judicial District Court for the Parish of St. John the Baptist
Case No: 76207 Division "A"
KBL File: 00261

Dear Clerk of Court:

Please serve the Petition for Damages and Citation in the above referenced matter upon the following:

1. Lisa Tregre – President
   2920 Hwy 51
   LaPlace, LA 71269

2. St. John the Baptist Parish Council
   Jaclyn Hotard
   1805 West Airline Drive
   LaPlace, LA 70068

3. Jeff Landry, Attorney General
   Office of the Louisiana Attorney General
   1885 North Third Street
   Baton Rouge, LA 70802

4. Melissa Harris, Director
   Louisiana Office of Risk Management
   1201 N. Third Street, Suite G-192
   Baton Rouge, LA 70802

At your earliest convenience, please confirm receipt of same and if a fax filing fee is due. Within the time prescribed by law, the original shall be forwarded to your office via hand delivery or United States mail along with a check to cover any associated fees.

Should you have any questions, please do not hesitate to contact our office. Your cooperation is appreciated.

With Kindest Regards,

Sabrina Heavey
*Office Manager*

**Office of Counsel for Plaintiff**

SMH/smh

D55628408

D55628408

## CITATION

DANA DOUGLAS

VS

ST. JOHN THE BAPTIST PARISH LIBRARY BOARD OF CONTROL, ET AL

DOCKET NUMBER: C-76207

40TH JUDICIAL DISTRICT COURT

PARISH OF ST.JOHN THE BAPTIST

STATE OF LOUISIANA

DIVISION A

---

**To:** **MELISSA HARRIS, DIRECTOR**
**LOUISIANA OFFICE OF RISK MANAGEMENT**
**1201 N. THIRD STREET, SUITE G-192**
**BATON ROUGE, LA 70802**

**Parish: EAST BATON ROUGE**

---

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **G. KARL BERNARD, ESQ.** and was issued by the Clerk of Court on the **MARCH 10, 2021**

* Also attached are the following documents:
**PETITION FOR DAMAGES**

______________________________
***DAWN ADAMS***
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _______ DAY OF __________, 20______ AND ON THE ______ DAY OF _____________, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED ___________________.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF ______________________________, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF ______________________ THIS __________ DAY OF _____________, 20____.

SERVICE $_____________
MILEAGE $_____________
TOTAL $_____________

BY:_____________________________
DEPUTY SHERIFF

ORIGINAL – RETURN COPY – SERVICE COPY - CLERK

D55628390

D55628390

# CITATION

DANA DOUGLAS

VS

ST. JOHN THE BAPTIST PARISH LIBRARY BOARD OF CONTROL, ET AL

DOCKET NUMBER: C-76207

40TH JUDICIAL DISTRICT COURT

PARISH OF ST.JOHN THE BAPTIST

STATE OF LOUISIANA

DIVISION A

---

**To:** **JEFF LANDRY, ATTORNEY GENERAL**
**OFFICE OF THE LOUISIANA ATTORNEY GENERAL**
**1885 NORTH THIRD STREET**
**BATON ROUGE, LA 70802**

**Parish: EAST BATON ROUGE**

---

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **G. KARL BERNARD, ESQ.** and was issued by the Clerk of Court on the **MARCH 10, 2021**

* Also attached are the following documents:
**PETITION FOR DAMAGES**

______________________________
***DAWN ADAMS***
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _______ DAY OF __________, 20______ AND ON THE ______ DAY OF _____________, 20______ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED __________________.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF ______________________, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF ____________________ THIS __________ DAY OF ______________, 20____.

SERVICE $_____________
MILEAGE $_____________
TOTAL $_____________

BY:______________________________
DEPUTY SHERIFF

ORIGINAL – RETURN COPY – SERVICE COPY - CLERK

D55628382

D55628382

# CITATION

| | |
|---|---|
| DANA DOUGLAS | 40TH JUDICIAL DISTRICT COURT |
| VS | PARISH OF ST.JOHN THE BAPTIST |
| ST. JOHN THE BAPTIST PARISH LIBRARY BOARD OF CONTROL, ET AL | STATE OF LOUISIANA |
| DOCKET NUMBER: C-76207 | DIVISION A |

---

**To:** **ST. JOHN THE BAPTIST PARISH COUNCIL**
**JACLYN HOTARD**
**1805 WEST AIRLINE DRIVE**
**LAPLACE, LA 70068**

**Parish: ST. JOHN THE BAPTIST**

---

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **G. KARL BERNARD, ESQ.** and was issued by the Clerk of Court on the **MARCH 10, 2021**

* Also attached are the following documents:
**PETITION FOR DAMAGES**

______________________________
***DAWN ADAMS***
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _______ DAY OF __________, 20______ AND ON THE ______ DAY OF ______________, 20______ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED ___________________.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF ___________________________, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _______________________ THIS __________ DAY OF ______________, 20____.

SERVICE $_____________
MILEAGE $_____________
TOTAL $_____________

BY:_____________________________
DEPUTY SHERIFF

ORIGINAL – RETURN    COPY – SERVICE    COPY - CLERK

D55628374

D55628374

# CITATION

DANA DOUGLAS

VS

ST. JOHN THE BAPTIST PARISH LIBRARY BOARD OF CONTROL, ET AL

DOCKET NUMBER: C-76207

40TH JUDICIAL DISTRICT COURT

PARISH OF ST.JOHN THE BAPTIST

STATE OF LOUISIANA

DIVISION A

---

**To:** **LISA TREGRE – PRESIDENT**
**2920 HWY 51**
**LAPLACE, LA 70068**

**Parish: ST. JOHN THE BAPTIST**

---

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by **G. KARL BERNARD, ESQ.** and was issued by the Clerk of Court on the **MARCH 10, 2021**

* Also attached are the following documents:
**PETITION FOR DAMAGES**

______________________________
***DAWN ADAMS***
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _______ DAY OF __________, 20______ AND ON THE _______ DAY OF ____________, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _________________.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF ____________________________, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF ______________________ THIS __________ DAY OF ______________, 20____.

SERVICE $____________
MILEAGE $____________
TOTAL $____________

BY:____________________________
DEPUTY SHERIFF

ORIGINAL – RETURN COPY – SERVICE COPY - CLERK