UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANA DOUGLAS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 2:21-cv-00599 |
| | * | |
| ST. JOHN THE BAPTIST PARISH | * | JUDGE: FELDMAN |
| LIBRARY BOARD OF CONTROL, ST. JOHN | * | |
| THE BAPTIST PARISH COUNCIL, AND | * | MAGISTRATE: CURRAULT |
| MARIA COY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO DISMISS UNDER**
**FEDERAL RULE 12(b)(5) and FEDERAL RULE 12(b)(6)**

**NOW COME,** Defendants, St. John the Baptist Parish Library Board of Control and Maria Coy, to bring this Motion to Dismiss. The Library Board brings this Motion to Dismiss pursuant to Federal Rule 12(b)(6), and Ms. Coy brings this Motion to Dismiss pursuant to both Federal Rule 12(b)(5) and Federal Rule 12(b)(6). The reasons supporting this motion are contained in the attachment memorandum of law, which is hereby incorporated herein by reference.

**WHEREFORE**, Defendants pray that this Court grant their motion and dismiss Plaintiff's claims in accordance with the relief requested in his memorandum of law.

Respectfully submitted,

**ADAMS AND REESE LLP**
*/s/ William K. Wright IV*
Elizabeth A. Roussel (#27943)
William K. Wright IV (#36736)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 585-0432
Facsimile: (504) 566-0210
Liz.Roussel@arlaw.com
Billy.wright@arlaw.com
*Attorneys for St. John Baptist*
*Parish Library Board of Control and*
*Maria Coy*