UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANA DOUGLAS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 2:21-cv-00599 |
| | * | |
| ST. JOHN THE BAPTIST PARISH | * | M.J. CURRAULT |
| LIBRARY BOARD OF CONTROL, ST. JOHN | * | |
| THE BAPTIST PARISH COUNCIL, AND | * | |
| MARIA COY | * | |

## MOTION FOR SUMMARY JUDGMENT

**NOW COMES** Defendant, St. John the Baptist Parish Library Board of Control ("Board"), and moves the Court pursuant to Federal Rule of Civil Procedure 56 to dismiss Plaintiff Dana Douglas' claims against it.  In support of this motion, the Library Board respectfully avers:

I.

In this lawsuit, Douglas asserts claims for discrimination, harassment, and retaliation, all allegedly in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII") and the Louisiana Employment Discrimination Law ("LEDL"). Specifically, she alleges that the Board: (1) disciplined her because of her African American race, (2) terminated her employment because she is African American, (3) harassed her based on her African American race, and (4) disciplined her in retaliation for her complaining about the alleged harassment, and (5) terminated her employment in retaliation for her complaining about the alleged harassment.

II.

As explained more fully in the attached memorandum in support of this motion for summary judgment, the Court should:

1

a.  Dismiss Douglas' discriminatory discipline claim because the actions about which Douglas complains are not adverse job actions within the meaning of the law;

b.  Dismiss Douglas' discriminatory termination claim because the Board had legitimate, non-discriminatory reasons for terminating her employment, which Douglas cannot prove were pretext for intentional race discrimination;

c.  Dismiss Douglas' harassment claim because Douglas cannot prove that any alleged harassment was based on her race or that the conduct about which she complains was sufficiently severe and pervasive to affect the terms and conditions of her employment;

d.  Dismiss Douglas' retaliation claim brought pursuant to the LEDL because it is time-barred;

e.  Dismiss Douglas' Title VII claim that the Library Board disciplined her in retaliation for allegedly engaging in protected activity because she cannot prove any causal connection between any alleged protected activity and the Library Board's disciplinary actions taken against her; and

f.  Dismiss Douglas' Title VII retaliatory discharge claim because Douglas cannot prove any causal connection between any alleged protected activity and her termination and because she cannot prove that the Board would not have terminated her employment but for the fact that she engaged in protected activity.

III.

In support of this motion, Douglas submits the following:

A.  Memorandum in Support of Motion for Summary Judgment.

B.  Statement of Uncontested Material Facts.

2

C. Exhibit A to Memorandum in Support of Motion for Summary Judgment—Excerpts of the Dana Douglas' deposition, cited in the accompanying memorandum as "*Douglas _:_ and Douglas at Ex. _*"

D. Exhibit B to Memorandum in Support of Motion for Summary Judgment—Declaration of Virgie Johnson, cited in the accompanying memorandum as "*Johnson at ¶_ and Ex _.*"

E. Exhibit C to Memorandum in Support of Motion for Summary Judgment—Declaration of Blaine Tatje, cited in the accompanying memorandum as "*Tatje at ¶_ and Ex. _.*"

F. Exhibit D to Memorandum in Support of Motion for Summary Judgment—Declaration of J.P. Tujague, cited in the accompanying memorandum as "*Tujague at ¶_ and Ex. _.*"

**WHEREFORE**, for the reasons set forth herein and in the attached supporting memorandum, the Board prays that the Court grant summary judgment in its favor dismissing Douglas' claims against it with prejudice.

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ William K. Wright IV*
Elizabeth A. Roussel (#27943)
William K. Wright IV (#36736)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 585-0432
Facsimile: (504) 566-0210
Liz.Roussel@arlaw.com
Billy.wright@arlaw.com
*Attorneys for St. John Baptist*
*Parish Library Board of Control*